No. 76–6701. HEAD v. UNITED STATES BOARD OF PAROLE. C. A. 7th Cir. Certiorari denied.

No. 76–6704. MAHON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6708. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6713. WALTON ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–6715. CLAYBROOKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–6716. BRAUNIG v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–6719. BELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6722. BURKE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6727. YOUNG v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6728. SAILER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–1183. ROBB ET AL. v. KENNEDY. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–1394. ALABAMA v. CANTRELL. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari.